DAVID W. HITTLE, OSB #74142
3040 Commercial Street SE, Suite 200
Salem, OR 97302
Tel.: (503)371-3844
Fax.: (503)371-3738
dhittle@dwhaal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BETTY WILLIAMS

        Plaintiff,

v

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,
        Defendant.

Civil No. 6:13-cv-01563-TC

ORDER FOR EAJA FEES

Based upon the Stipulated Application it is hereby ORDERED that Plainitff is awarded attorney fees in the amount of $2,667.06 under the Equal Access to Justice Act 28 U.S.C. §2412.

DATED August 19, 2014.

_____
THOMAS COFFIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ David W. Hittle
DAVID W. HITTLE, OSB# 74142
Attorney for Plaintiff Betty Williams


/s/ Jeffrey McClain
JEFFREY McCLAIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration